IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICHOLAS CHARLES, on his own
behalf and on behalf of others
similarly situated,

    Plaintiff,

  v.

ORKIN, LLC, and ROLLINS, INC.,

    Defendants.

CIVIL ACTION FILE NO:
1:25-cv-03819-SDG-RGV

## CONSENT MOTION TO STAY PROCEEDINGS

COME NOW, Plaintiff Nicholas Charles ("Plaintiff") and Defendants Orkin, LLC and Rollins, Inc. ("Defendants"), by and through undersigned counsel, file this, their Consent Motion to Stay Proceedings in this case.  In support of this Motion, Defendants show as follows:

1.    Plaintiff filed his Complaint on July 10, 2025, and served the Complaint on July 11, 2025.

2.    On July 29, 2025, the Court granted the Parties' Consent Motion of time for Defendants to file answer or otherwise respond, and, on August 21, 2025, the Court granted Defendants' Second Consent Motion Extending Time for Defendants to answer or otherwise respond.

3.      Defendants' current deadline to answer, move, or otherwise respond to the Complaint is August 29, 2025.

4.      Defense counsel spoke with counsel for Plaintiffs, and the parties believe that a stay of the proceedings would allow them to effectively discuss the arbitration agreements that exist in this matter, the types of informal discovery that might aid all parties in reviewing the allegations in this matter, and expend the least amount of costs and judicial resources to effectively determine whether a resolution may be possible.

5.      During the proposed stay of proceedings, the parties will engage in an informal exchange of documents and information allowing the parties to have open discussions about the merits of the case and potential resolution.

6.      Defendants further agree to produce the arbitration agreements for impacted Plaintiffs and opt-in Plaintiffs who worked for Defendants.

7.      The parties will separately toll applicable statutes of limitation under the FLSA during the pendency of the stay with a separate tolling agreement.

8.      In furtherance of this goal, the parties mutually request that this Court stay the proceedings for 90 days from the date of any Order entered granting this Motion.

9.      The parties expressly agree and acknowledge that this stay of proceedings, and any associated exchange of informal discovery, does not waive Defendants' rights to enforce any arbitration agreement.

10.    No party to this action will be prejudiced by the requested extension.

11.    For the Court's convenience, a proposed order granting this Motion is submitted herewith.

WHEREFORE, Defendants respectfully request that this Motion be granted and that an Order be issued staying the proceedings for 90 days from the date of any Order granting this Motion and preserving all defenses.

Respectfully submitted this 27th day of August, 2025.

s/Martin B. Heller
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No. 853678
**FISHER & PHILLIPS LLP**
1230 Peachtree Street NE, Suite 3300
Atlanta, Georgia 30909
Telephone: (404) 231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendant

s/Andrew R. Frisch
Andrew R. Frisch
Georgia Bar No. 366105
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Fort Lauderdale, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3012
afrisch@forthepeople.com

C. Ryan Morgan
Georgia Bar No. 711884
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: (407) 418-2069
rmorgan@forthepeople.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

CONSENT MOTION TO STAY PROCEEDINGS by electronic mail to the

following counsel of record:

> Andrew R. Frisch
> GA Bar No.: 366105
> **MORGAN & MORGAN, P.A.**
> 8151 Peters Road, Suite 4000
> Fort Lauderdale, Florida 33324
> Telephone: (954) WORKERS
> Facsimile: (954) 327-3012
> Email: afrisch@forthepeople.com
>
> C. Ryan Morgan
> Ga. Bar No. 711884
> **MORGAN & MORGAN, P.A.**
> 20 N. Orange Avenue, Suite 1500
> Orlando, FL 32801
> Tel: (407) 418-2069
> Email: rmorgan@forthepeople.com

This 27th day of August, 2025.

> *s/Martin B. Heller*
> Martin B. Heller
> Georgia Bar No. 360538